JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA HERRERA CORDOVA, an individual and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CEVA INTERNATIONAL INC., a Delaware stock corporation; CEVA FREIGHT MANAGEMENT INTERNATIONAL GROUP, INC., a Delaware stock corporation; CEVA CONTRACT LOGISTICS U.S., INC., a Delaware stock corporation; CEVA FREIGHT LLC, a Delaware limited liability company; CMA CGM LLC, a New Jersey limited liability company; KEITH HITCHCOCK an individual; and DOES 1 through 100, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-03910-SPG-PVC<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [ECF NO. 19]** |

On June 14, 2024, the Parties filed a Joint Stipulation to Remand. (ECF No. 19 ("Stipulation")). The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS this Action remanded to the Superior Court of California, Los Angeles County.

**IT IS SO ORDERED.**

Dated: June 17, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE